MARCUS M. MARKS, Respondent, *v.* LOUIS H. ABEN-
HEIMER, Appellant, Impleaded with Another.

*Marks* v. *Abenheimer*, 173 App. Div. 887, appeal dismissed.
(Submitted June 10, 1918; decided June 14, 1918.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered March 8, 1916, unani-
mously affirming a judgment in favor of plaintiff entered
upon a decision of the court on trial at Special Term in an
action to foreclose a mortgage.

The motion was made upon the ground that the
Appellate Division had unanimously decided that the

findings of fact were supported by the evidence; that no questions of law were raised by the exceptions that could be reviewed by this court; that the exceptions were frivolous and the appeal taken solely for purpose of delay, and that permission to appeal had not been obtained.'

*Sol Kohn* for motion.

*Achilles H. Kohn* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.